IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 NOV -3  P 4:04

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| ASHBY SHAWN BRYANT, | * |
| Plaintiff, | * |
| v. | * Case No. 2:06 CV 1002-MCF |
| WAUSAU UNDERWRITERS INSURANCE COMPANY, | * |
| Defendants. | * |

## DISCLOSURE STATEMENT PURSUANT TO RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges to evaluate possible disqualification or recusal, the undersigned counsel for Madix, Inc., in the above-captioned action, certifies that there is no parent corporation nor any publicly held corporation that owns 10 percent or more of its stock.

Respectfully submitted this 3rd day of November, 2006.

Richard B. Garrett
Bar Number: (ASB-0782-A29R)

RUSHTON, STAKELY, JOHNSTON
& GARRETT, P.A.
Post Office box 270
Montgomery, Alabama 36101-0270
Telephone: 334/206-3100
Fax: 334/263-4157
E-mail:     rbg@rsjg.com

**Attorney for Defendant**

## CERTIFICATE OF SERVICE

I hereby certify that that I have served a copy of the foregoing upon:

Lister H. Proctor, Esquire
Proctor and Vaughn, L.L.C.
P. O. Box 2129
Sylacauga, Alabama 35150

by placing same in the United States mail, postage prepaid, this the 3rd day of November, 2006.

_/s/ Richard B. Garrett_
Of Counsel