**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

RECEIVED

| | |
|---|---|
| **ASHBY SHAWN BRYANT,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **WAUSAU UNDERWRITERS INSURANCE COMPANY, et al,** | * |
| | * |
| **Defendants.** | * |

2006 NOV -3  P 4: 04

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**Case No.** 2:06 cv1002-mcf

## MOTION TO SEVER AND REMAND

Come now Defendants Wausau Insurance Company and Madix, Inc. and move the Court to sever and remand Count I of Plaintiff's Complaint. For reason for this motion, Defendants would show unto the Court as follows:

(1)    Plaintiff filed a Complaint in the Circuit Court of Coosa County, Alabama, containing two counts. Count I is a non-jury claim for workers' compensation benefits under the Alabama Workers' Compensation Act. Count II is a claim for outrage against both defendants, containing a jury demand.

(2)    Count II has been properly removed to this Court pursuant to 28 U. S. C., § 1332, based on diversity of citizenship and amount in controversy. Pursuant to Alabama and federal law, it is appropriate that Count I, the non-jury workers' compensation claim, be remanded to state court for adjudication there.

WHEREFORE, Defendants move the Court to sever Count I of Plaintiff's Complaint and to remand it to the Circuit Court of Coosa County, Alabama.

1

*Richard B. Garrett*

Richard B. Garrett
Bar Number: (ASB-0782-A29R)

RUSHTON, STAKELY, JOHNSTON
& GARRETT, P.A.
Post Office box 270
Montgomery, Alabama 36101-0270
Telephone:  334/206-3100
Fax:  334/263-4157
E-mail:      rbg@rsjg.com

**Attorney for Defendant**

## CERTIFICATE OF SERVICE

I hereby certify that that I have served a copy of the foregoing upon:

Lister H. Proctor, Esquire
Proctor and Vaughn, L.L.C.
P. O. Box 2129
Sylacauga, Alabama 35150

by placing same in the United States mail, postage prepaid, this the __3rd__ day of

November, 2006.

*Richard B. Garrett*

Of Counsel

2