IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ASHBY SHAWN BRYANT, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-1002-MEF |
| | ) |
| WAUSAN UNDERWRITERS | ) |
| INSURANCE COMPANY, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the defendants' Motion to Sever and Remand to State Court (Doc. #5) filed on November 3, 2006 , it is hereby

ORDERED that the plaintiff file a response which shall include a brief and any evidentiary materials on or before November 28, 2006. The defendants may file a reply brief on or before December 5, 2006.

DONE this the 13th day of November, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE