IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ASHBY SHAWN BRYANT,** | ) |
| | ) |
| **PLAINTIFF,** | ) |
| | ) |
| V. | )   CASE NO.:  2:06-CV-1002-MEF |
| | ) |
| **WAUSAU UNDERWRITERS** | ) |
| **INSURANCE COMPANY AND** | ) |
| **MADIX, INC.,** | ) |
| | ) |
| **DEFENDANTS.** | ) |

**NOTICE OF APPEARANCE**

**COMES NOW** the undersigned, Earl H. Lawson Jr., and hereby serves notice to this Honorable Court and all counsel for said parties of his appearance as additional counsel of record for defendant Madix, Inc.

Respectfully Submitted,

**/S/ EARL H. LAWSON JR., ESQ.**
**(ASB-0233-N77E)**
Attorney for Defendant

**OF COUNSEL:**

**The Law Office Of Earl H. Lawson, Jr.**
3000 Riverchase Galleria, Suite 610
Birmingham, Alabama 35244
Main Line:  (205) 402-9598
Fax Line:  (205) 402-0697

## CERTIFICATE OF SERVICE

     I hereby certify that on the 16th day of November, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Lister Proctor, Esq.
Proctor & Vaughn, LLC
P.O. Box 2129
Sylacauga, AL 35150

Richard B. Garrett, Esq.
Rushton, Stakely, Johnston
  & Garrett, PA
P. O. Box 270
Montgomery, AL  36101-0270

/S/ **EARL H. LAWSON JR., ESQ.**
**(ASB-0233-N77E)**
**The Law Office Of Earl H. Lawson, Jr.**
3000 Riverchase Galleria, Suite 610
Birmingham, Alabama 35244
Main Line:  (205) 402-9598
Fax Line:  (205) 402-0697
Earl.Lawson@libertymutual.com