## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **ASHBY SHAWN BRYANT,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**WAUSAU UNDERWRITERS** )<br>**INSURANCE COMPANY, ET AL,** )<br>)<br>**Defendants.** ) | **Case No.: 2:06-cv-01002-MEF-SRW** |

### PLAINTIFF'S MOTION TO REMAND

**COMES NOW** the Plaintiff, Ashby Shawn Bryant (hereinafter "Bryant") and moves this Court to remand this matter. In support thereof, Plaintiff shows unto the Court as follows:

(1) Plaintiff filed a Complaint for workers' compensation benefits in the Circuit Court of Coosa County, Alabama (CV-06-06) and within the Complaint included a count for outrage.

(2) Plaintiff's Complaint was not severed by the State Court and at this time remains a single action.

(3) This action was improperly removed to District Court as, "a civil action in any State court arising under the workmen's compensation laws of such State may not be removed to any district court of the United States." 28 U.S.C.A. § 1445(c).

(4) Clearly, Defendants' attempt to remove this action are premature as the workers' compensation claim and the tort count have not been severed in State court. Both are part of one action, and until the workers' compensation claim is ruled on, attempts at removal are improper.

(5) Defendants' attempt to remove this workers' compensation claim to Federal Court is analogous to attempting to separate a claim of fraud from a claim for breach of contract; the two are so intertwined that removal before a State Court separates them compromises both justice and judicial economy. Unless and until the State court severs this action, this is a workers' compensation claim and removal is improper pursuant to 28 U.S.C.A. § 1445(c).

**WHEREFORE**, Plaintiff moves this Court to remand this matter to the Circuit Court of Coosa County, Alabama.

**RESPECTFULLY SUBMITTED** this the 22nd day of November, 2006.

　　　　　　　　　　　　　　　　　　　　 /s/   Ryan Wesley Shaw
　　　　　　　　　　　　　　　　　　**JAMES H. ANDERSON [ASB-4440-R73J]**
　　　　　　　　　　　　　　　　　　**RYAN WESLEY SHAW [ASB-2475-Y83S]**

**OF COUNSEL:**

BEERS, ANDERSON, JACKSON,
 PATTY, VAN HEEST & FAWAL, P.C.
250 Commerce Street, Suite 100
Montgomery, Alabama  36104
(334) 834-5311　　　Telephone
(334) 834-5362　　　Facsimile

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 22nd day of November, 2006, I electronically filed the foregoing document with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following parties or counsel of record:

Lister Hill Proctor
Proctor & Vaughn
P.O. Box 2129
Sylacauga, AL 35150-2129

Richard B. Garrett
RUSHTON, STAKELY, JOHNSTON
& GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270

Earl Howard Lawson, Jr.
3000 Riverchase Galleria
Suite 610
Birmingham, AL 35244

                                                 /s/  **Ryan Wesley Shaw**
                                                **Of Counsel**