IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **ASHBY SHAWN BRYANT,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| **V.** | ) | **CASE NO.: 2:06-CV-1002-MEF** |
| | ) | |
| **WAUSAU UNDERWRITERS** | ) | |
| **INSURANCE COMPANY AND** | ) | |
| **MADIX, INC.,** | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |

## MOTION TO WITHDRAW

**COMES NOW the undersigned, Earl H. Lawson, Jr., and respectfully requests this Honorable Court enter an Order allowing him to withdraw as counsel of record for defendant Madix, Inc. In support for said motion, the undersigned shows unto this Honorable Court as follows:**

**1.  Defendant Madix, Inc. will continue to be represented in this action by the Honorable Richard B. Garrett who has previously filed an Answer on behalf of this defendant.**

**2.  No party to this action will suffer prejudice or delay by this Honorable Court allowing the undersigned attorney to withdraw as additional counsel for defendant, Madix, Inc.**

**WHEREFORE, PREMISES CONSIDERED, the undersigned, Earl H. Lawson, Jr., respectfully requests this Honorable Court enter an Order allowing him to withdraw as counsel for defendant, Madix, Inc.**

> Respectfully Submitted,
>
> **/S/ EARL H. LAWSON JR., ESQ.**
> **(ASB-0233-N77E)**
> Attorney for Defendant-Madix, Inc.

**OF COUNSEL:**

**The Law Office Of Earl H. Lawson, Jr.**
3000 Riverchase Galleria, Suite 610
Birmingham, Alabama 35244
Main Line: (205) 402-9598
Fax Line: (205) 402-0697

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of June, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Lister Proctor, Esq.
Proctor & Vaughn, LLC
P.O. Box 2129
Sylacauga, AL 35150

Richard B. Garrett, Esq.
Rushton, Stakely, Johnston
   & Garrett, PA
P. O. Box 270
Montgomery, AL  36101-0270

/s/ **EARL H. LAWSON JR., ESQ.**
**(ASB-0233-N77E)**
**The Law Office Of Earl H. Lawson, Jr.**
3000 Riverchase Galleria, Suite 610
Birmingham, Alabama 35244
Main Line:  (205) 402-9598
Fax Line:  (205) 402-0697
Earl.Lawson@libertymutual.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the _____ day of _____, 2007, I electronically filed with the Clerk of Court using CM/EFC system which will send notification of such filing to _____ and I further certify that I placed a copy of the foregoing pleading in the United States mail, first class postage prepaid and properly addressed to the following Non CM/ECP participants:

Mr. Lister H. Proctor Esq.
Proctor & Vaughn, LLC
P.O. Box 2129
Sylacauga, AL 35150

                                                                             s/ Earl H. Lawson Jr.
                                                                             Earl H. Lawson Jr.
                                                                             Attorney for _____
                                                                             THE LAW OFFICE OF EARL LAWSON, JR.
                                                                             3000 Riverchase Galleria Towers
                                                                             Suite 610
                                                                             Birmingham, Alabama  35244
                                                                             Tel:  205-402-9598
                                                                             Fax:  205-402-0697
                                                                             Email:  _____