IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ASHBY SHAWN BRYANT, | ) |
| | ) |
|    Plaintiff, | ) |
| v. | )   CASE NO. 2:06-cv-1002-MEF |
| | ) |
| WAUSAU UNDERWRITERS | ) |
| INSURANCE COMPANY, *et al.,* | ) |
| | ) |
|    Defendants. | ) |

# **O R D E R**

Upon consideration of the Motion to Withdraw of Earl H. Lawson, Jr. (Doc. #12) filed on June 6, 2007 , it is hereby

ORDERED that the motion is GRANTED.

DONE this the 12th day of June, 2007.

                                          /s/ Mark E. Fuller
                                     CHIEF UNITED STATES DISTRICT JUDGE