IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ASHBY SHAWN BRYANT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Case No.: 2:06-cv-01002-MEF-SRW |
| **v.** ) | |
| ) | |
| **WAUSAU UNDERWRITERS** ) | |
| **INSURANCE COMPANY, ET AL,** ) | |
| ) | |
| **Defendants.** ) | |

### JOINT MOTION TO STAY PROCEEDINGS

**COME NOW** the Plaintiff, Ashby Shawn Bryant (hereinafter "Bryant") along with Defendants, Wausau Underwriters Insurance Company (hereinafter "Wausau") and Madix, Inc., and jointly move this Court to stay proceedings in this matter pending resolution of a similar action filed in the Circuit Court of Coosa County, Alabama (CV-06-06). In support thereof, the parties submit the following:

(1) On October 6, 2006, Bryant filed a Complaint for workers' compensation benefits in the Circuit Court of Coosa County, Alabama (CV-06-06), and within the Complaint included an allegation of outrage.

(2) On November 3, 2006, Defendants Wausau Underwriters Insurance Company and Madix, Inc. ("Defendants") filed a notice of removal to federal court along with a motion to sever and remand.

(3) On April 18, 2007, this Court remanded the worker's compensation claim to state court, but retained jurisdiction over the outrage claim.

(4)     The worker's compensation claim and outrage claim stem from the same factual background and will be evaluated according to Alabama case law. The outrage claim will no doubt be dependent on discovery obtained during the litigation of the worker's compensation claim. Rather than doubling discovery, and to avoid piecemeal litigation, by staying this proceeding, the state court case can move forward with discovery that will be integral to the federal outrage case. Staying the proceedings will protect the parties' rights and will not prevent the outrage claim from being heard in federal court. Staying the proceedings will also prevent the unnecessary expenditure of time and money for the parties and this Court.

**WHEREFORE**, the parties move this Court to stay proceedings in this matter pending resolution of a related action filed in the Circuit Court of Coosa County, Alabama.

**RESPECTFULLY SUBMITTED** this the 16th day of July, 2007.

                                                                                  _____
                                                                                  **JAMES H. ANDERSON [ASB-4440-R73J]**
                                                                                  **RYAN WESLEY SHAW [ASB-2475-Y83S]**

**OF COUNSEL:**
BEERS, ANDERSON, JACKSON,
   PATTY, VAN HEEST & FAWAL, P.C.
250 Commerce Street, Suite 100
Montgomery, Alabama 36104
(334) 834-5311        Telephone
(334) 834-5362        Facsimile

                                                                                  _____
                                                                                  **RICHARD B. GARRETT [ASB-0782-A29R]**

**OF COUNSEL:**
RUSHTON, STAKELY, JOHNSTON
 & GARRETT, P.A.
Post Office Box 270
Montgomery, AL 36101-0270
(334) 206-3100      Telephone
(334) 262-6277

### CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of July, 2007, I electronically filed the foregoing document with the Clerk of the court using the CM/ECF system which will send notification of such filing to all registered parties or counsel of record.

_____
**OF COUNSEL**