IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ASHBY SHAWN BRYANT,                )
                                   )
        Plaintiff,                 )
v.                                 )        CASE NO. 2:06-cv-1002-MEF
                                   )
WAUSAU UNDERWRITERS                )
INSURANCE COMPANY, *et al.,*       )
                                   )
        Defendants.                )

# **O R D E R**

Upon consideration of the Joint Motion to Stay Proceedings (Doc. #15) filed on July 16, 2007, it is hereby

ORDERED that the motion is GRANTED.

It is further ORDERED that the parties shall file monthly status reports, beginning September 4, 2007 and continuing on the first Tuesday of each month thereafter.

DONE this 25th day of July, 2007.


_____
        /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE