**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **ASHBY SHAWN BRYANT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No.: 2:06-cv-01002-MEF-SRW** |
| **v.** | ) | |
| | ) | |
| **WAUSAU UNDERWRITERS** | ) | |
| **INSURANCE COMPANY, ET AL,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**CONFLICT DISCLOSURE STATEMENT**

**COMES NOW**, Ashby Shawn Bryant (hereinafter "Bryant"), a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

1) Plaintiff Bryant is an individual.

**RESPECTFULLY SUBMITTED** this the 14th day of September, 2007.

 /s/ Ryan Wesley Shaw
**JAMES H. ANDERSON [ASB-4440-R73J]
RYAN WESLEY SHAW [ASB-2475-Y83S]**

**OF COUNSEL:**
BEERS, ANDERSON, JACKSON,
 PATTY & FAWAL, P.C.
250 Commerce Street, Suite 100
Montgomery, AL 36104
(334) 834-5311     Telephone
(334) 834-5362     Facsimile

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 14th day of September, 2007, I electronically filed the foregoing document with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following parties or counsel of record:

Lister Hill Proctor
Proctor & Vaughn
P.O. Box 2129
Sylacauga, AL 35150-2129

Richard B. Garrett
RUSHTON, STAKELY, JOHNSTON
& GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270

                                                **/s/ Ryan Wesley Shaw**
                                                **Of Counsel**