IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ASHBY SHAWN BRYANT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Case No.: 2:06-cv-01002-MEF-SRW |
| **v.** ) | |
| ) | |
| **WAUSAU UNDERWRITERS** ) | |
| **INSURANCE COMPANY, ET AL,** ) | |
| ) | |
| **Defendants.** ) | |

## STATUS REPORT

**COMES NOW** the Plaintiff, Ashby Shawn Bryant (hereinafter "Bryant") pursuant to this Court's Order Granting the Joint Motion to Stay, and provides the following status update on proceedings of the underlying state court action in the Circuit Court of Coosa County, Alabama (CV-06-06):

1) The status of the state court case remains unchanged from last month.

**RESPECTFULLY SUBMITTED** this the 7th day of November, 2007.

        /s/ Ryan Wesley Shaw
**JAMES H. ANDERSON [ASB-4440-R73J]**
**RYAN WESLEY SHAW [ASB-2475-Y83S]**

**OF COUNSEL:**
BEERS, ANDERSON, JACKSON,
  PATTY & FAWAL, P.C.
250 Commerce Street, Suite 100
Montgomery, AL 36104
(334) 834-5311    Telephone
(334) 834-5362    Facsimile

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 7th day of November, 2007, I electronically filed the foregoing document with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following registered parties or counsel of record:

Lister Hill Proctor
Proctor & Vaughn
P.O. Box 2129
Sylacauga, AL 35150-2129

Richard B. Garrett
RUSHTON, STAKELY, JOHNSTON
& GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270

Earl Howard Lawson, Jr.
3000 Riverchase Galleria
Suite 610
Birmingham, AL 35244

    /s/ Ryan Wesley Shaw
**OF COUNSEL**