IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **ASHBY SHAWN BRYANT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | Case No.: 2:06-cv-01002-MEF-SRW |
| v. | ) | |
| | ) | |
| **WAUSAU UNDERWRITERS** | ) | |
| **INSURANCE COMPANY, ET AL,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## STATUS REPORT

**COMES NOW** the Plaintiff, Ashby Shawn Bryant (hereinafter "Bryant") pursuant to this Court's Order Granting the Joint Motion to Stay, and provides the following status update on proceedings of the underlying state court action in the Circuit Court of Coosa County, Alabama (CV-06-06). Plaintiff Bryant represents unto this Court that both counsel for the Plaintiff and Defendants, Wausau Underwriters Insurance Company (hereinafter "Wausau") and Madix, Inc., discussed the status of the underlying state court action and submit the following:

1) The status of the underlying state court action remains unchanged at this time, but discovery is still proceeding.

**RESPECTFULLY SUBMITTED** this the 8th day of January, 2008.

                                                /s/ Ryan Wesley Shaw
                                                **JAMES H. ANDERSON [ASB-4440-R73J]**
                                                **RYAN WESLEY SHAW [ASB-2475-Y83S]**

**OF COUNSEL:**
BEERS, ANDERSON, JACKSON,
  PATTY & FAWAL, P.C.
250 Commerce Street, Suite 100
Montgomery, AL 36104
(334) 834-5311      Telephone
(334) 834-5362      Facsimile

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 8th day of January, 2008, I electronically filed the foregoing document with the Clerk of the court using the CM/ECF system which will send notification of such filing to all registered parties or counsel of record.

               **/s/ Ryan Wesley Shaw**
               **OF COUNSEL**