IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ASHBY SHAWN BRYANT, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cv-1002-MEF |
| ) | |
| WAUSAU UNDERWRITERS ) | |
| INSURANCE COMPANY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

On July 25, 2007, this court directed the parties to file monthly status reports on the first Tuesday of each month thereafter. The parties have failed to comply with this order and have failed to timely file the report on February 5, 2008. It is hereby

ORDERED that the parties must immediately file the monthly status report and show cause as to why they should not be sanctioned for failing to timely comply with this Court's order.

DONE this 11th day of February, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE