IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ASHBY SHAWN BRYANT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: 2:06-cv-01002-MEF-SRW |
| v. | ) |
| | ) |
| WAUSAU UNDERWRITERS | ) |
| INSURANCE COMPANY, ET AL, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S RESPONSE TO THIS COURT'S SHOW CAUSE ORDER**

COMES NOW the Plaintiff, Ashby Shawn Bryant (hereinafter "Bryant") and in response to this Court's Show Cause Order shows unto the Court as follows:

1) Plaintiff's attorney, Ryan Wesley Shaw, took on the responsibility of filing a status update on behalf of all parties.

2) The status report was due on Tuesday, February 5, 2008.

3) Mr. Shaw was out of the office during the week of February 4, 2008, due to the death of his grandmother.

4) Mr. Shaw forwarded the information to be filed to his paralegal via e-mail.

5) Unbeknownst to Mr. Shaw, the paralegal was out of the office for the duration of the week due to illness.

6) It was not until this Court's Order that Plaintiff was made aware the status report was not timely filed.

7) Plaintiff has in all other instances timely filed a status report for this Court.

**WHEREFORE**, based on the foregoing, Plaintiff respectfully requests this Court not enter sanctions as a result of Plaintiff's failure to file a status report in a timely manner.


/s/ Ryan Wesley Shaw
**JAMES H. ANDERSON [ASB-4440-R73J]**
**RYAN WESLEY SHAW [ASB-2475Y83S]**


**OF COUNSEL:**

BEERS, ANDERSON, JACKSON,
 PATTY, VAN HEEST & FAWAL, P.C.
250 Commerce Street, Suite 100
Montgomery, Alabama  36104
(334) 834-5311      Telephone
(334) 834-5362      Facsimile


**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of February, 2008, I electronically filed the foregoing document with the Clerk of the court using the CM/ECF system which will send notification of such filing to all registered parties or counsel of record.


/s/ Ryan Wesley Shaw
**Of Counsel**

2